# ELK COUNTY PRISON
# INFORMATIONAL REPORT

On 01/29/2020 at approximately 1510 hrs, I was passing meds with the nurse in Housing Unit C. While giving Inmate Chris Miller his medication, he showed me some of his legal work and began talking about Judge Martin. He stated that he was going to "fuck him up" when he gets out. He then stated that he was going to walk into Judge Martin's office and "blow his fucking head off".

C.O Sidelinger

EXIBIT # 1H