United States District Court
for the Western District of Pennsylvania

CHRISTOPHER M. MILLER
PETITIONER

CIVIL ACTION-LAW

v.

GREGORY DEBALLER, WARDEN
ED WARMBRODT, DEPUTY/WARDEN
MATT QUESENBURY - COMMISSIONER
JOE DAGHIR - COMMISSIONER
FRITZ LECKER - COMMISSIONER
TODD CALTAGARONE - SHERIFF
TOM COPPOLO - DISTRICT ATTORNEY
INDIVIDUALLY AND OFFICIAL CAPACITY
RESPONDENTS

Case No. 1:20-CV-160 ERIE

FILED
JUL 13 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## PETITION TO PROCEED IN FORMA PAUPERIS & AFFIDAVIT

1. I am the Petitioner in the above matter & because of my financial condition am unable to pay the fees and costs of prosecuting or defending this action or proceeding.

2. I am unable to obtain funds from anyone, including my family and associates, to pay the cost of litigation.

3. I represent that the information below relating to my ability to pay the fees and costs is true & correct.

a) MY NAME IS: Christopher M Miller
   MY ADDRESS IS: Elk County Prison P.O. Box 448
   Ridgway PA 15853

b) EMPLOYMENT
   If you are presently employed, state your
   EMPLOYER: N/A INCARCERATED.

Employer's Address: __Self Employed_____

_____

Salary or wages per month: _____

Type of work: _____

If you are presently unemployed, state:

Date of last employment: __July 2019_____

Salary or wages per month: __1,200 a month_____

Type of work: __Construction_____

c.) Please list any other income received within the past twelve months:
(Write the gross amount (before taxes) per month that you received and the months you received this income.)

Business or profession: __0_____

Other self-employment: __0_____

Interest: __0_____

Dividends: __0_____

Pension and annuities: __0_____

Social security benefits: __0_____

Support payments: __0_____

Disability payments: __0_____

Unemployment compensation and/or supplemental benefits: _____

__0_____

Workers' Compensation: __0_____

Form 2
Page 3 of 6

Public assistance: 0

Other: N/A

d.) Other contributions to household support:
**(Write the gross amount (before taxes) per month that you received and the months you received this income.)**

(Wife) (Husband) Name: N/A

If your (wife) (husband) is employed, please state

Employer: N/A

Salary or wages per month: N/A

Type of work: N/A

Contributions from children: N/A

Contributions from parents: N/A

Other contributions: N/A

e.) Property owned:

Cash: 0

Checking Account: 0

Savings Account: 0

Certificates of deposit: 0

Real estate (including home): 0

Motor Vehicle: Make Chrysler, Year 2003, Cost: 3,000   Amount Owed: 0

Stocks and bonds: 0

Other: _—0—_____

f.) Debts and obligations:

Mortgage: _—0—_____

Rent: _____

Loans: _____

Other: _____

_____

**(Write all of your regular monthly bills, phone, utilities, cable, insurance, etc.)**

g.) Persons dependent upon you for support:

(Wife/Husband) Name: _____

Children, if any:

Name: _Tyler Miller_____ Age: _15_

_____ _____

_____ _____

Other persons:

Name: _____

Relationship: _____

4. I understand that I have a continuing obligation to inform the court of improvement in my financial circumstances which would permit me to pay the costs incurred herein.

5. I verify that the statements made in this affidavit are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904, relating to unsworn falsification to authorities.

Date: *July, 9th 2020*         *Christopher M Miller*
                                                         PETITIONER