PA30615J                                                                                    7/7/2020 01:26 PM

# Inmate Consolidated Statement

Transactions from 01/27/2020 to 07/07/2020

## Inmate

| | |
|---|---|
| Name: | MILLER, CHRISTOPHER |
| Booking ID: | P-00907 |
| Permanent Number: | P-00907 |
| DOB: | 10/18/1980 |
| Status: | Active |
| Admitted: | 01/27/2020 |
| Released: | 11/03/2019 |

## Funds

| Trust Categories | Beginning Balance | Ending Balance |
|---|---|---|
| Spending: | $0.00 | $30.00 |
| Savings: | $0.00 | $0.00 |
| Other Accounts: | $0.00 | $0.00 |
| Debt: (this booking) | $37.00 | $61.88 |

## Spending

### Trust

Beginning Balance: $0.00

| Date | Accounting Event | Description | Amount | Balance |
|---|---|---|---|---|
| 02/04/2020 | Deposit Cash | RACHEAL MILLER, WIFE | $30.00 | $30.00 |
| 02/04/2020 | Pay: Booking Fee | Pay: 1/28/2020 2:44:22 PM - Booking Fee - NEW COMMITMENT-1/27/20 | ($15.00) | $15.00 |
| 02/05/2020 | Pay: Pharmacy Fee | Pay: 2/5/2020 9:10:15 AM - Pharmacy Fee - 3 RX HANDLING-JANUARY | ($9.00) | $6.00 |
| 02/07/2020 | Phone Call Purchase | | ($4.69) | $1.31 |
| 02/07/2020 | Phone Call Refund | | $4.69 | $6.00 |
| 02/08/2020 | Phone Call Purchase | | ($4.69) | $1.31 |
| 02/08/2020 | Phone Call Purchase | | ($1.31) | $0.00 |
| 02/08/2020 | Phone Call Refund | | $0.14 | $0.14 |
| 02/13/2020 | Deposit Cash | RACHEL MILLER | $20.00 | $20.14 |
| 02/13/2020 | Pay: Booking Fee | Pay: 1/28/2020 2:44:22 PM - Booking Fee - NEW COMMITMENT-1/27/20 | ($10.00) | $10.14 |
| 02/13/2020 | Phone Call Purchase | | ($4.69) | $5.45 |

PA30615J　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　7/7/2020 01:26 PM

## Inmate Consolidated Statement

Transactions from 01/27/2020 to 07/07/2020

| Date | Description | Detail | Amount | Balance |
|---|---|---|---:|---:|
| 02/13/2020 | Phone Call Refund | Phone Call Refund | $1.18 | $6.63 |
| 02/14/2020 | Deposit Cash | RACHEL MILLER, WIFE | $30.00 | $36.63 |
| 02/14/2020 | Pay: Pharmacy Fee | Pay: 10/31/2019 9:10:04 AM - Pharmacy Fee - 4 RX HANDLING-OCTOBER | ($12.00) | $24.63 |
| 02/14/2020 | Pay: Booking Fee | Pay: 10/25/2019 6:32:42 PM - Booking Fee - new commitment 10/25/2019 | ($3.00) | $21.63 |
| 02/14/2020 | Phone Call Purchase | Phone Call Purchase | ($4.69) | $16.94 |
| 02/14/2020 | Phone Call Refund | Phone Call Refund | $4.46 | $21.40 |
| 02/14/2020 | Phone Call Purchase | Phone Call Purchase | ($4.69) | $16.71 |
| 02/14/2020 | Phone Call Refund | Phone Call Refund | $3.99 | $20.70 |
| 02/18/2020 | Commissary Purchase | Charge for Order 100004245 | ($13.90) | $6.80 |
| 02/19/2020 | Phone Call Purchase | Phone Call Purchase | ($4.69) | $2.11 |
| 02/19/2020 | Phone Call Refund | Phone Call Refund | $4.69 | $6.80 |
| 02/19/2020 | Phone Call Purchase | Phone Call Purchase | ($4.69) | $2.11 |
| 02/19/2020 | Phone Call Refund | Phone Call Refund | $4.69 | $6.80 |
| 02/19/2020 | Phone Call Purchase | Phone Call Purchase | ($4.69) | $2.11 |
| 02/19/2020 | Phone Call Refund | Phone Call Refund | $3.99 | $6.10 |
| 02/19/2020 | Phone Call Purchase | Phone Call Purchase | ($4.69) | $1.41 |
| 02/19/2020 | Phone Call Refund | Phone Call Refund | $2.82 | $4.23 |
| 02/19/2020 | Phone Call Purchase | Phone Call Purchase | ($4.23) | $0.00 |
| 02/20/2020 | Phone Call Refund | Phone Call Refund | $3.76 | $3.76 |
| 02/20/2020 | Phone Call Purchase | Phone Call Purchase | ($3.76) | $0.00 |
| 02/20/2020 | Phone Call Refund | Phone Call Refund | $3.76 | $3.76 |
| 02/20/2020 | Phone Call Purchase | Phone Call Purchase | ($3.76) | $0.00 |
| 02/20/2020 | Phone Call Refund | Phone Call Refund | $3.76 | $3.76 |
| 02/20/2020 | Phone Call Purchase | Phone Call Purchase | ($3.76) | $0.00 |
| 02/20/2020 | Phone Call Refund | Phone Call Refund | $3.76 | $3.76 |
| 02/20/2020 | Phone Call Purchase | Phone Call Purchase | ($3.76) | $0.00 |

PA30615J                                                                                                                          7/7/2020 01:26 PM

## Inmate Consolidated Statement

Transactions from 01/27/2020 to 07/07/2020

| Date | Description | Amount | Balance |
|---|---|---|---|
| 02/20/2020 | Phone Call Refund | $3.76 | $3.76 |
| 02/20/2020 | Phone Call Purchase | ($3.76) | $0.00 |
| 02/20/2020 | Phone Call Refund | $3.76 | $3.76 |
| 02/20/2020 | Phone Call Purchase | ($3.76) | $0.00 |
| 02/20/2020 | Phone Call Refund | $2.12 | $2.12 |
| 02/20/2020 | Phone Call Purchase | ($2.12) | $0.00 |
| 02/20/2020 | Phone Call Refund | $0.01 | $0.01 |
| 02/21/2020 | Deposit Cash RACHEL MILLER, SPOUSE | $20.00 | $20.01 |
| 02/21/2020 | Pay: Booking Fee Pay: 10/25/2019 6:32:42 PM - Booking Fee - new commitment 10/25/2019 | ($10.00) | $10.01 |
| 02/21/2020 | Phone Call Purchase | ($4.69) | $5.32 |
| 02/21/2020 | Phone Call Refund | $4.69 | $10.01 |
| 02/21/2020 | Phone Call Purchase | ($4.69) | $5.32 |
| 02/21/2020 | Phone Call Refund | $4.69 | $10.01 |
| 02/21/2020 | Phone Call Purchase | ($4.69) | $5.32 |
| 02/22/2020 | Phone Call Refund | $4.69 | $10.01 |
| 02/22/2020 | Phone Call Purchase | ($4.69) | $5.32 |
| 02/22/2020 | Phone Call Refund | $4.69 | $10.01 |
| 02/22/2020 | Phone Call Purchase | ($4.69) | $5.32 |
| 02/22/2020 | Phone Call Refund | $4.69 | $10.01 |
| 02/25/2020 | Commissary Purchase Charge for Order 100004265 | ($9.24) | $0.77 |
| 02/27/2020 | Phone Call Purchase | ($0.77) | $0.00 |
| 02/27/2020 | Phone Call Refund | $0.77 | $0.77 |
| 02/28/2020 | Phone Call Purchase | ($0.77) | $0.00 |
| 02/28/2020 | Phone Call Refund | $0.77 | $0.77 |
| 03/03/2020 | Deposit Cash RACHEL MILLER | $30.00 | $30.77 |
| 03/03/2020 | Pay: Booking Fee Pay: 10/25/2019 6:32:42 PM - Booking Fee - new commitment 10/25/2019 | ($12.00) | $18.77 |

PA30615J                                                                                           7/7/2020 01:26 PM

## Inmate Consolidated Statement

Transactions from 01/27/2020 to 07/07/2020

| Date | Description | Details | Amount | Balance |
|---|---|---|---|---|
| 03/03/2020 | Commissary Purchase | Charge for Order 100004311 | ($0.64) | $18.13 |
| 03/05/2020 | Phone Call Purchase | | ($4.69) | $13.44 |
| 03/05/2020 | Phone Call Refund | | $1.64 | $15.08 |
| 03/05/2020 | Phone Call Purchase | | ($0.70) | $14.38 |
| 03/05/2020 | Phone Call Refund | | $0.70 | $15.08 |
| 03/10/2020 | Commissary Purchase | Charge for Order 100004343 | ($14.16) | $0.92 |
| 03/10/2020 | Pay: Pharmacy Fee | Pay: 3/10/2020 1:54:27 PM - Pharmacy Fee - 12 RX HANDLING-FEBRUARY | ($0.92) | $0.00 |
| 05/18/2020 | Secure Deposit | Receipt: 32639514 | $30.00 | $30.00 |
| 05/18/2020 | Pay: Pharmacy Fee | Pay: 4/14/2020 9:24:28 AM - Pharmacy Fee - 9 RX HANDLING-MARCH | ($15.00) | $15.00 |
| 05/26/2020 | Commissary Purchase | Charge for Order 100004632 | ($14.80) | $0.20 |
| 06/10/2020 | Pay: Pharmacy Fee | Pay: 6/10/2020 10:56:58 AM - Pharmacy Fee - 10 RX HANDLING-MAY | ($0.20) | $0.00 |
| 07/06/2020 | Deposit Cash | RACHEL MILLER | $60.00 | $60.00 |
| 07/06/2020 | Pay: Pharmacy Fee | Pay: 6/10/2020 10:56:58 AM - Pharmacy Fee - 10 RX HANDLING-MAY | ($29.80) | $30.20 |
| 07/06/2020 | Pay: Pharmacy Fee | Pay: 4/14/2020 9:24:28 AM - Pharmacy Fee - 9 RX HANDLING-MARCH | ($0.20) | $30.00 |
| | | **Ending Balance** | | **$30.00** |

PA30615J                                                                                                                    7/7/2020 01:26 PM

## Inmate Consolidated Statement

Transactions from 01/27/2020 to 07/07/2020

### Debt

**Receivable Aggregate**                                                                    Beginning Balance    **$37.00**

| Date | Accounting Event | Description | Amount | Balance |
|---|---|---|---|---|
| 01/28/2020 | Booking Fee | NEW COMMITMENT-1/27/20 | $25.00 | $62.00 |
| 02/04/2020 | Pay: Booking Fee | Pay: 1/28/2020 2:44:22 PM - Booking Fee - NEW COMMITMENT-1/27/20 | ($15.00) | $47.00 |
| 02/05/2020 | Pharmacy Fee | 3 RX HANDLING-JANUARY | $9.00 | $56.00 |
| 02/05/2020 | Pay: Pharmacy Fee | Pay: 2/5/2020 9:10:15 AM - Pharmacy Fee - 3 RX HANDLING-JANUARY | ($9.00) | $47.00 |
| 02/13/2020 | Pay: Booking Fee | Pay: 1/28/2020 2:44:22 PM - Booking Fee - NEW COMMITMENT-1/27/20 | ($10.00) | $37.00 |
| 02/14/2020 | Pay: Pharmacy Fee | Pay: 10/31/2019 9:10:04 AM - Pharmacy Fee - 4 RX HANDLING-OCTOBER | ($12.00) | $25.00 |
| 02/14/2020 | Pay: Booking Fee | Pay: 10/25/2019 6:32:42 PM - Booking Fee - new commitment 10/25/2019 | ($3.00) | $22.00 |
| 02/21/2020 | Pay: Booking Fee | Pay: 10/25/2019 6:32:42 PM - Booking Fee - new commitment 10/25/2019 | ($10.00) | $12.00 |
| 03/03/2020 | Pay: Booking Fee | Pay: 10/25/2019 6:32:42 PM - Booking Fee - new commitment 10/25/2019 | ($12.00) | $0.00 |
| 03/10/2020 | Pharmacy Fee | 12 RX HANDLING-FEBRUARY | $36.00 | $36.00 |
| 03/10/2020 | Pay: Pharmacy Fee | Pay: 3/10/2020 1:54:27 PM - Pharmacy Fee - 12 RX HANDLING-FEBRUARY | ($0.92) | $35.08 |
| 03/10/2020 | Doctor Fee | 1 DOCTOR VISIT-2/12/20 | $5.00 | $40.08 |
| 04/14/2020 | Pharmacy Fee | 9 RX HANDLING-MARCH | $27.00 | $67.08 |
| 04/14/2020 | Dentist Fee | 1 DENTIST VISIT-3/9/20 | $10.00 | $77.08 |
| 05/18/2020 | Pay: Pharmacy Fee | Pay: 4/14/2020 9:24:28 AM - Pharmacy Fee - 9 RX HANDLING-MARCH | ($15.00) | $62.08 |
| 06/10/2020 | Pharmacy Fee | 10 RX HANDLING-MAY | $30.00 | $92.08 |
| 06/10/2020 | Pay: Pharmacy Fee | Pay: 6/10/2020 10:56:58 AM - Pharmacy Fee - 10 RX HANDLING-MAY | ($0.20) | $91.88 |
| 07/06/2020 | Pay: Pharmacy Fee | Pay: 6/10/2020 10:56:58 AM - Pharmacy Fee - 10 RX HANDLING-MAY | ($29.80) | $62.08 |
| 07/06/2020 | Pay: Pharmacy Fee | Pay: 4/14/2020 9:24:28 AM - Pharmacy Fee - 9 RX HANDLING-MARCH | ($0.20) | $61.88 |

Ending Balance    **$61.88**